NUMBER 13-04-270-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

JUAN VILLARREAL,                                                          Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
__________________________________________________________________

On appeal from the 370th District Court 
of Hidalgo County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellant, JUAN VILLARREAL, perfected an appeal from a judgment entered by
the 370th District Court of Hidalgo County, Texas, in cause number CR-0875-96-G. 
On December 9, 2004, this cause was abated, and the trial court was directed to
conduct a hearing to determine the status of the appellate record. The trial court’s
findings and recommendations were received on January 14, 2005. The trial court
found that the entire reporter’s record pertaining to this trial has been destroyed; that
the destroyed portion of the reporter’s record is necessary to the resolution of
appellant’s appeal; that the destroyed portion of the reporter’s record cannot be
replaced by agreement of the parties; and, based on Tex. R. App. P. 34.6(f), appellant
is entitled to a new trial under the facts of this case.
         The Court, having considered the documents on file and the trial court’s findings
and recommendations, is of the opinion that this matter should be reversed and
remanded to the trial court for a new trial. The judgment of the trial court is
REVERSED and the cause is REMANDED to the trial court for a new trial.
                                                               PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Memorandum Opinion delivered and filed this
the 3rd day of March, 2005.